WO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

James Ray Hunter,

Plaintiff,

v.

Theodora Paul and Oyuki Coronado,

Defendants.

No. CV-24-02068-PHX-JAT

**ORDER**

**IT IS ORDERED** that Plaintiff's motion for forms (Doc. 95) is granted as follows: the Clerk of the Court shall mail to Plaintiff in paper form 15 blank trial subpoenas and 15 blank USM-285 forms. All of the requirements of the Order at Doc. 91 are confirmed, including that upon Plaintiff returning the completed forms, the Clerk of the Court shall not forward them to the Marshals for service pending further Order by this Court.

Dated this 25th day of September, 2026.

James A. Teilborg
Senior United States District Judge